United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Hill, Steven G. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, October 23, 2023 |
| Re: | 01:23-CV-01171-DII / Doc # 13 / Filed On: 10/23/2023 09:20 AM CST |

Pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
  Remarks: The Summons Return was incorrectly docketed as Notice of Filing. Using the incorrect event has resulted in an answer deadline not being created. Please refile the Summons Return for the defendant using the Summons Returned Executed event and enter the date of service.